# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                     Case No.: 1:25−cr−00617
                                                     Honorable Daniel P. McLaughlin

Oscar Jesus Rosales Vergara

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: Initial appearance and arraignment called on 10/15/25. The government was represented by AUSA William Hogan. Defendant Oscar Jesus Rosales Vergara was represented by CJA Panel Attorney Holly Blaine. Defendant did not appear for the hearing. The government confirmed that notice of the misdemeanor charge and today's hearing was sent to the address that the government has on file for Defendant. Defense counsel has not met with or spoken to Defendant. AUSA Hogan agreed to share information with counsel to assist in her efforts to locate and communicate with Defendant. The initial appearance and arraignment is reset for 10/30/25 at 11:00 a.m. in Courtroom #1350. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.