IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 25 CR 617 |
| | ) | |
| v. | ) | Judge: Daniel P. McLaughlin |
| | ) | |
| Oscar Jesus Rosales Vergara | ) | |
| | ) | |

## **ORDER**

Arraignment proceedings held on 11/18/25. Defendant Oscar Jesus Rosales Vergara appeared with counsel, Holly Blaine. The government was represented by AUSA William Hogan. Defendant consented to proceeding before the Magistrate Judge and executed a written consent in open court. Defendant acknowledged receipt of the information, waived formal reading, and entered a plea of not guilty. The government is to provide Rule 16.1(a) materials by 11/21/25. Defendant may be filing motions, and he is given until 12/12/25 to do so. The government's unopposed motion to exclude time in order to complete the production of discovery, and to allow the defense time to review that discovery and consider the filing of motions, is granted. Time is excluded through 12/12/25. If motions are filed the Court will set a briefing schedule; if Defendant chooses not to file motions, he is directed to file a status report regarding next steps in the case by 12/12/25.

T: (00:15)
Date: 11/18/25                                                                                   /s/ Judge Daniel P. McLaughlin