UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **United States of America**, | |
| Plaintiff, | |
| v. | No. 25 CR 617 |
| **Oscar Jesus Rosales-Vergara**, | Judge Daniel P. McLaughlin |
| Defendant. | |

## Joint Status Report

Counsel for Defendant, OSCAR ROSALES-VERGARA, through his attorney, HOLLY N. BLAINE, and the UNITED STATES OF AMERICA, by and through its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, submit this joint status report.

1. On December 18, 2025, the court requested a joint status report following defense counsel's decision to not file pretrial motions on Mr. Rosales-Vergara's behalf.
2. The parties have discussed resolving the case short of trial.
3. The parties suggest setting a status hearing in approximately 30 days to allow them to continue discussions toward a possible resolution of the case.

Respectfully submitted,

| | |
|---|---|
| /s/ Holly N. Blaine | /s/William Hogan |
| Attorney for Oscar Rosales-Vergara | Assistant United States Attorney |
| | |
| Holly N. Blaine | United States Attorney's Office |
| Blaine & Vanzant, LLP | Northern District of Illinois |
| 922 Davis Street | 219 S. Dearborn Street |
| Evanston, Illinois 60201 | Chicago, Illinois 60604 |
| (312) 788-7584 | (312) 353-5300 |
| hnb@blainevanzant.com | |